# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STUART A. ROMM,<br><br>    Defendant. | Case No. 2:04-cr-00216-LDG<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that defendant Stuart A. Romm's Motion to Modify Terms of Supervised Release (ECF No. 188) is DENIED.

DATED this 26 day of February, 2019.

Lloyd D. George
United States District Judge