# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Stuart Romm**

Case Number: **2:04CR00216**

Name of Sentencing Judicial Officer: **Honorable Philip M. Pro**

Date of Original Sentence: **November 22, 2004**

Original Offense: **Receipt of Child Pornography; Possession of Child Pornography**

Original Sentence: **180 months prison, followed lifetime time of supervised release**

Date of Prior Revocation: **September 16, 2014; June 4, 2015**

Revocation Sentence: **8 months; 10 months**

Date Supervision Commenced: **November 15, 2013**

Name of Assigned Judicial Officer: **TBD**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Shall Not Commit Crime** - The defendant shall not commit another federal state or local crime.

   On April 26, 2022, officers with the FBI Child Exploitation Task Force and Internet Crimes Against Children Task Force arrested Romm and charged him with Luring a Child with Intent to Engage in Sexual Conduct, in violation of Nevada Revised Statute (NRS) 201.560.5A.

RE: Stuart Romm

Prob12C
D/NV Form
Rev. March 2017

Between April 18 – April 26, 2022, officers with the above-named task forces received information during an undercover chat operation that "Alex", later identified as Romm, was utilizing the online chat application Grindr, to chat with an individual he believed to be a 13-year-old black male juvenile. In the chats conducted between April 18 – April 26, 2022, the juvenile informed Romm that he was 13 years of age. The juvenile was Detective J. Heredia working in an undercover capacity.

On April 26, 2022, Romm agreed to meet the juvenile at a Del Taco parking lot located at 8125 Blue Diamond Road, Las Vegas, NV, for purposes of oral sex. Romm arrived at the Del Taco at approximately 8:03 PM and was taken into custody.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **May 16, 2022**

Digitally signed by Tawni Lea Salem
Date: 2022.05.16 12:00:15 -07'00'

Tawni Salem
Senior United States Probation Officer

Approved:

Digitally signed by Ben Johnson
Date: 2022.05.16 11:57:55 -07'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

RE: Stuart Romm

Prob12C
D/NV Form
Rev. March 2017

## THE COURT ORDERS

- ☐ No Action.
- ☒ The issuance of a warrant.
- ☐ The issuance of a summons.
- ☐ Other:

_____
Signature of Judicial Officer

May 17, 2022
_____
Date

RE: Stuart Romm

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. STUART ROMM, 2:04CR00216

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### May 16, 2022

On November 22, 2004, the Honorable Philip M. Pro sentenced Romm to 180 months imprisonment, followed by a lifetime term of supervised release for committing the offenses of Receipt and Possession of Child Pornography.  On September 23, 2013, Romm commenced supervision in the District of Nevada.  Since that time, the Court has twice revoked Romm's supervision due to violations related to pornography and possession of pornographic material that depicts, suggests, alludes to the sexual activity of minors under the age of 18.  On November 13, 2015, Romm commenced his third term of supervised release in the District of Nevada.

As outlined above, Romm committed an egregious breach of the Court's trust by attempting to solicit an individual, who he believed to be a 13-year-old boy, for oral sex.

Due to the serious nature of the violation, as well as Romm's history of non-compliance, the probation office respectfully requests that a warrant be issued for Romm's arrest and that he remain in custody pending a resolution to this matter as a danger to the community.

Respectfully submitted,

*Tawni Lea Salem*
Digitally signed by Tawni Lea Salem
Date: 2022.05.16 12:00:46 -07'00'

Tawni Salem
Senior United States Probation Officer

Approved:

*Benjamin Johnson*
Digitally signed by Ben Johnson
Date: 2022.05.16 11:58:23 -07'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br>Stuart Romm<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   2:04CR00216 |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Stuart Romm                                                                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☒ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
Violation of terms of supervised release

Date: _____                                                                         _____
                                                                                                                    *Issuing officer's signature*

City and state: _____                                     _____
                                                                                                                    *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                                                         _____
                                                                                                                    *Arresting officer's signature*

                                                                                                                    _____
                                                                                                                    *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: __Stuart Romm__
Known aliases: 
Last known residence: __5115 Tara Ave, Las Vegas, NV 89146 (currently in CCDC)__
Prior addresses to which defendant/offender may still have ties: 

Last known employment: __Contact PO__
Last known telephone numbers: __Contact PO__
Place of birth: __Brockton, MA__
Date of birth: __February 22, 1952__
Social Security number: 

Height: __68__                Weight: __Brown__
Sex: __Male__                 Race: __White__
Hair: __Brown__               Eyes: __Brown__
Scars, tattoos, other distinguishing marks: __Contact PO__

History of violence, weapons, drug use: __None__

Known family, friends, and other associates *(name, relation, address, phone number)*: __Contact PO__

FBI number: __173713NB5__
Complete description of auto: __Contact PO__

Investigative agency and address: __United States Probation Office__

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
**Tawni Salem, Senior United States Probation Officer, 702-278-8528**

Date of last contact with pretrial services or probation officer *(if applicable)*: __4/20/2022__

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

District of Nevada

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| STUART ROMM | |

Case No.  2:04-CR-0216 LDG-PAL
USM No.   33141-086

RACHEL KORENBLAT (AFPD)
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  #1 and #2 of Petition  of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Computer Pornography Prohibition | 05/19/2015 |
| 2 | Pornography Prohibition | 05/19/2015 |
| | | |

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  #1 of Addendum  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4403

Defendant's Year of Birth:   1952

City and State of Defendant's Residence:
Henderson, NV

06/04/2015
Date of Imposition of Judgment

*/s/ Lloyd D. George*
Signature of Judge

LLOYD D. GEORGE, U.S. District Judge
Name and Title of Judge

9 June 2015
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 4

DEFENDANT: STUART ROMM
CASE NUMBER: 2:04-CR-0216 LDG-PAL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

10 MONTHS

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court requests the defendant be permitted to serve his term of incarceration at FCI-Lompoc, FCI-Taft, or FCI-Terminal Island.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page 3 of 4

DEFENDANT: STUART ROMM
CASE NUMBER: 2:04-CR-0216 LDG-PAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

LIFETIME

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The Defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually. Revocation is mandatory for refusal to comply.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☑ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment—Page __4__ of __4__

DEFENDANT: STUART ROMM
CASE NUMBER: 2:04-CR-0216 LDG-PAL

## SPECIAL CONDITIONS OF SUPERVISION

1. Possession of Weapons - You shall not possess, have under your control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state, or local law.

2. Warrantless Search - You shall submit to the search of your person, property, residence or automobile under your control by the probation officer or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.

3. Sex Offender Treatment - You shall successfully complete a treatment program for sex offenders, which my include polygraph/truth verification testing, as approved by the probation officer.

4. Minor Prohibition - You shall not associate with persons under the age of eighteen (18), except in the presence of a responsible adult who is aware of the nature of your background and current offense, and who has been approved by the probation officer.

5. Pornography Prohibition - You shall not possess, own, use, view or read any material depicting and/or describing sexual explicit conduct involving children as defined by Title 18 of the United States Code Section 2256(2) or actual sexual explicit conduct involving adults as defined by Title 18 of the United States Code Section 2257(h)(1). This prohibition includes, but is not limited to, computer images, pictures, photographs, books, writings, drawings, videos or video games. The definition under Title 18 of the United States Code Section 2256(2) means actual or simulated A) sexual intercourse including genital/genital, oral/genital or oral/anal whether between the same or opposite sex. Bestiality, masturbation, sadistic or masochistic abuse or lascivious exhibition of the genitals or pubic area of an person. The definition under Title 18 of the United States Code Section 2257(h)(1) means actual but not simiulated conduct as defined in Clauses A and 2E above. Furthermore, the defendant shall not patronize any place where the primary purposes is related to such material or entertainment.

6. Computer Restriction and Monitoring - You shall provide the probation officer with accurate information regarding your entire computer system, including all related digital devices with memory and all passwords and internet service providers; you shall allow the installation of any software/hardware on your computer by the probation officer, and you shall abide by all rules of the Computer Restriction and Monitoring Programs Agreement.

7. Report to Probation Office After Release from Custody - You shall report, in person, to the probation office in the district to which you are released within 72 hours of discharge from custody.

## ACKNOWLEDGEMENT

Upon finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)    _____          _____
            Defendant                                Date


            _____          _____
            U.S. Probation/Designated Witness        Date