RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Stuart Romm

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STUART ROMM,<br><br>        Defendant. | Case No. 2:04-cr-00216-GMN-PAL<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE/REVOCATION OF SUPERVISED RELEASE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Stuart Romm, that the Initial Appearance/Revocation of Supervised Release Hearing currently scheduled on March 13, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Mr. Romm is currently at High Desert State Prison. He is scheduled to appear before the parole board on March 13, 2023. He is requesting a continuance of the initial appearance to avoid missing the hearing and any issues with transport to the courthouse.

2. Mr. Romm is incarcerated and does not object to a continuance.

This is the first request for continuance filed herein.

DATED this 1st day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Supriya Prasad*<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>STUART ROMM,<br><br>                Defendant. | Case No. 2:04-cr-00216-GMN-PAL<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Initial Appearance/Revocation of Supervised Release Hearing currently scheduled on March 13, 2023 at the hour of 10:00 a.m., be vacated and continued to  April 7, 2023  at the hour of 11:00 a.m.

    DATED this  2  day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE