JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
supriya.prasad@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STUART ROMM,<br><br>　　　　Defendant. | Case No.: 2:04-cr-00216-GMN-PAL<br><br>**Petition for Writ of Habeas Corpus Ad Prosequendum for STUART ROMM**<br> **(ID # 1264086)** |

　　　　The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, High Desert State Prison, Indian Springs, Nevada, and the United States Marshal for the District of Nevada to produce STUART ROMM, before the United States District Court on or about April 7, 2023 at 11:00 a.m., for an initial appearance regarding a Revocation of Supervised Release and a Revocation of Supervised Release Hearing.

　　　　STUART ROMM is currently in the custody of the Warden, High Desert State Prison, Indian Springs, Nevada.

On May 17, 2022, a petition seeking Revocation of the Supervised Release of STUART ROMM was filed in this District in the above-captioned matter pursuant to 18 U.S.C. ¶ 3583(e). *See* ECF No. 195.

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce STUART ROMM, before this Court for the purpose of an initial appearance regarding a Revocation of Supervised Release and a Revocation of Supervised Release Hearing and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada.

Respectfully submitted this 02 day of March, 2023.

JASON M. FRIERSON
United States Attorney

*Supriya Prasad*
SUPRIYA PRASAD
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STUART ROMM,<br><br>    Defendant. | Case No.: 2:04-cr-00216-GMN-PAL<br><br>**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum for STUART ROMM**<br> **(ID # 1264086)** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of STUART ROMM, before the United States District Court at Las Vegas, Nevada, on or about _____April 7, 2023 at 11:00 AM_____, for an initial appearance regarding a Revocation of Supervised Release and a Revocation of Supervised Release Hearing and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: March __2__, 2023

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE