RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Stuart Romm

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-00216-GMN-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| STUART ROMM, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Stuart Romm, that the Revocation Hearing currently scheduled on April 21, 2023, be vacated and continued to May 16, 2023 at 9:00 am.

This Stipulation is entered into for the following reasons:

1. The parties are still waiting for the amended judgment for the state case underlying the petition for supervised release. The state court parties expect to have the amended judgment on May 11, 2023.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 20th day of April, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ *Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By /s/ *Supriya Prasad*<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>STUART ROMM,<br><br>        Defendant. | Case No. 2:04-cr-00216-GMN-PAL<br><br>**ORDER** |

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, April 21, 2023 at 2:00 p.m., be vacated and continued to May 16, 2023 at the hour of 9:00 a.m.

     DATED this  20  day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE