## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

STUART ROMM,

       Defendant.

Case No. 2:04-cr-00216-GMN-PAL

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 19, 2026 at 10:00 a.m., be vacated and continued to ___April 24, 2026___ at the hour of 9:30 a.m.

    DATED this _13_ day of March, 2026.

_____

UNITED STATES DISTRICT JUDGE

1