**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-00216-GMN-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| STUART ROMM, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 24, 2026 at 9:30 a.m., be vacated and continued to ___June 5, 2026___ at the hour of 11:30 a.m.

DATED this _15_ day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE