RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Stuart Romm

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STUART ROMM,

Defendant.

Case No. 2:04-cr-00216-GMN-PAL

**STIPULATION TO CONTINUE REVOCATION HEARING**
(Third Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Stuart Romm, that the Revocation Hearing currently scheduled on June 5, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel needs more time to investigate the allegations within the petition.

2.     Additionally, more time is needed for the parties to negotiate for a potential resolution.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 21st day of May, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Acting Attorney General of the United States |
| By */s/ Dawn A. Penn* | By */s/ Clay Plummer* |
| DAWN A. PENN<br>Assistant Federal Public Defender | CLAY PLUMMER<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-00216-GMN-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| STUART ROMM, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 5, 2026 at 11:30 a.m., be vacated and continued to ___July 1, 2026___ at the hour of 9:30 a.m.

DATED this 26 day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE

3