RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Stuart Romm

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>STUART ROMM,<br><br>      Defendant. | Case No. 2:04-cr-00216-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Stuart Romm, that the Revocation Hearing currently scheduled on July 1, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1.	The parties have discussed a potential resolution; however, more time is needed to determine whether that potential resolution will be finalized.

2.	United States Probation Officer Matthew Martinez will be out of the district from July 10 to July 20, 2026.

3.      Defense counsel will be out of the district for training from July 18 to July 31, 2026.

4.      The defendant is not in custody and agrees with the need for the continuance.

5.      The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 26th day of June, 2026.


RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States


By /s/ Dawn A. Penn

DAWN A. PENN
Assistant Federal Public Defender

By /s/ Clay Plummer

CLAY PLUMMER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-00216-GMN-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| STUART ROMM, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 1, 2026 at 9:30 a.m., be vacated and continued to ___July 9, 2026___ at the hour of 10:30 a.m.

DATED this __29__ day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

3